SEALED

s/ Daniel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT GUZMAN,<br>Defendant. | Case No.: '24 MJ0960 MMP<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about February 28, 2024, within the Southern District of California, defendant Robert GUZMAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded .45 caliber Glock handgun bearing serial number XHL804; in violation of Title 18, United States Code, Section 922(g)(1).

AUSTIN SAILOR
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 7th day of March 2024.

HON. MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On February 28, 2024, at approximately 5:40 p.m. patrolling Oceanside Police Department Officers observed a black Lincoln bearing California License Plate 7XOE731 parked outside of a residence located at 130 Warner Street, Oceanside, California, which is within the Southern District of California. Officers ran the license plate, which came back registered to an Infiniti vehicle instead of a Lincoln. Officers also observed the driver's door was open and recognized Robert GUZMAN as the individual standing in the Lincoln's door frame. At the time of this observation, the patrolling Officers knew GUZMAN had an active felony arrest warrant. Officers activated their overhead emergency lights and exited their marked patrol vehicle to contact GUZMAN.

As Officers approached, GUZMAN walked to the opposite side of the Lincoln and ducked behind the vehicle. Shortly after ducking behind the Lincoln, GUZMAN ran towards the front door of the residence near 130 Warner Street. Officers yelled for GUZMAN to stop running and and addressed him by name while yelling. GUZMAN refused to stop and Officers pursued GUZMAN into the residence where GUZMAN continued to physically resist Officers. GUZMAN also repeatedly reached towards his waistband as Officers attempted to restrain him.

GUZMAN pulled the Officers to the front yard of the residence and pushed one Officer to the ground. The remaining Officer continued to struggle with GUZMAN on the sidewalk of the residence, at which point a loaded black .45 caliber Glock firearm bearing serial number XHL804 fell from the area of GUZMAN's waistband. A records check of the Glock firearm revealed it was reported stolen out of Orange County, California. A search of GUZMAN incident to arrest revealed him to be in possession of a bag containing a white crystalline substance. GUZMAN was arrested for violently resisting arrest, felon in possession of a firearm, possession of a stolen firearm, probation violation, and possession of a controlled substance

Records checks on GUZMAN revealed the following relevant criminal history:

//

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 6/20/2023 | CASC – San Diego | PC 459 – Burglary Second Degree (felony) | Unknown |
| 10/13/2022 | CASC – Vista | PC 25850(A) – Carry Loaded Firearm in Public Special Circumstances | 12 days jail and 2 years probation |
| 3/22/2019 | CASC – Vista | PC 10851(A) – Taking Vehicle Without Consent / Vehicle Theft (Felony) | 3 days jail and 3 years probation |

The Glock firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.